DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:        brad.russi@sfgov.org

Attorneys for Defendant, CITY AND COUNTY OF
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IRIS SMITH, | Case No. C-13-05185-KAW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DEFENDANT CITY TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, JOSEPH FILAMOR, and DOES 1-25, inclusive | |
| Defendants. | |

1  The City and County of San Francisco has recently been served with the complaint in this matter. Counsel for the City is unavailable March 3-21, 2014. The City needs additional time to conduct an investigation into the incident alleged in the complaint. Further, the City has informed Plaintiff that the individual officer defendant named in the complaint had no involvement in the incident, and Plaintiff has represented that he will file an amended complaint. The parties stipulate and agree as follows:

1. Plaintiff will file an amended complaint on or before March 21, 2014;

2. Defendant City's response to the amended complaint will be due on or before April 11, 2014; and

3. The case management conference presently scheduled for April 15, 2014, will be continued to May 6, 2014, or the next available date convenient to the Court.

Dated: February 27, 2014

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        BRADLEY A. RUSSI
        Deputy City Attorneys

By: */s/ Bradley A. Russi*
        BRADLEY A. RUSSI

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: February 27, 2014        KENNETH FRUCHT
        GEONETTA & FRUCHT LLP

By: */s/ Kenneth Frucht*
        KENNETH FRUCHT
        Attorney for Plaintiff
        IRIS SMITH

# [~~PROPOSED~~] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED as follows:

1. Plaintiff will file an amended complaint on or before March 21, 2014;

2. The City and County of San Francisco's answer to the amended complaint is due on or before April 11, 2014.

2. The case management conference presently scheduled for April 15, 2014, is continued to May 6, 2014, at 1:30 p.m., 1301 Clay Street, Oakland, CA 94612.  A joint case management conference statement is due on or before April 29, 2014.

Dated: 2/28/14

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

Stip. and [Proposed] Order
Case No. C-13-05185-KAW

3

c:\users\imbria~1\appdata\local\temp\notesf8c1a4\smith v. ccsf - proposed order re. response to complaint and continuing cmc.doc