Kenneth N. Frucht (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 433-4589
Fax: (415) 392-7973
*Attorneys for Plaintiff Iris Smih*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JOSEPH FILAMORE, and DOES 1-25, inclusive,<br><br>    Defendants. | **CASE NO.: C-13-05185 KAW**<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CMC AND FOR LEAVE TO AMEND COMPLAINT TO NAME CORRECT DEFENDANT** |

    Plaintiff filed the complaint in this action on October 3, 2013, but named the wrong police officer in the complaint.  On February 28, 2014, the Court filed the parties' proposed order by which Plaintiff would file an amended complaint by March 21, 2014, and Defendant would file a response by April 15, 2014.  A case management conference was scheduled for May 6, 2014.

    Plaintiff inadvertently failed to file the amended complaint and Defendant answered on April 11, 2014.  The parties have met and conferred and hereby stipulate that:

    1)    Plaintiff shall file an amended complaint by May 6, 2014;

    2)    Defendants shall file a response to the amended complaint by May 16, 2014.

    3)    The case management conference currently scheduled for May 6, 2014 shall be

1

**STIPULATON AND PROPOSED ORDER TO CONTINUE
CMC AND TO FILE AMENDED COMPLAINT
SMITH v. CCSF, Northern District Court, Case No. 13-5185**

continued to May 27, 2014, or the next available date convenient for the Court.

DATED: April 28, 2014                    GEONETTA & FRUCHT, LLP

By: /s/ Kenneth Frucht
KENNETH FRUCHT
Kenneth N. Frucht
Attorney For Plaintiff


DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
BRADLEY A. RUSSI
Deputy City Attorneys

DATED: April 28, 2014                    By: /s/ Bradley A. Russi
BRADLEY A. RUSSI

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

2

**STIPULATON AND PROPOSED ORDER TO CONTINUE
CMC AND TO FILE AMENDED COMPLAINT
SMITH v. CCSF, Northern District Court, Case No. 13-5185**

# [~~PROPOSED~~] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED:

    1)    Plaintiff shall file an amended complaint by May 6, 2014;

    2)    Defendants shall file a response to the amended complaint by May 16, 2014.

    3)    The case management conference currently scheduled for May 6, 2014 is be continued to May 27, 2014, at 1:30 p.m, ~~in Courtroom 4, 3d Floor~~, 1301 Clay St., Oakland, CA 94612. A joint case management statement is due on or before May 20, 2014.

Dated: 5/6/14

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

3

**STIPULATON AND PROPOSED ORDER TO CONTINUE
CMC AND TO FILE AMENDED COMPLAINT
SMITH v. CCSF, Northern District Court, Case No. 13-5185**