DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:         brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SMITH, | Case No. C-13-05185-KAW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, JOSEPH FILAMOR, and DOES 1-25, inclusive, | Trial Date:    Not Set |
| Defendants. | |

WHEREAS, the current Case Management Conference is set for September 9, 2014 at 1:30 p.m.;

NOW THEREFORE, the parties to the above-referenced action hereby stipulate and agree to continue the current Case Management Conference to October 14, 2014 at 1:30 p.m., subject to the Court's availability.  The parties believe the CMC will be more productive if it is held after the settlement conference scheduled for September 29, 2014.

Stip. re. CMC
CASE NO. C-13-05185-KAW                           1           c:\users\imbria~1\appdata\local\temp\notesf8c1a4\smith v. ccsf -
                                                              proposed order re. stip continuing cmc.doc

The parties accordingly request that the above stipulation be entered as the Court's Order.

**IT IS SO STIPULATED.**

Dated: September 3, 2014

                                                By:  /s/ *Kenneth Frucht*
                                                Kenneth Frucht

                                                Attorneys for Plaintiff
                                                IRIS SMITH

Dated:  September 3, 2014

                                                DENNIS J. HERRERA
                                                City Attorney
                                                CHERYL ADAMS
                                                Chief Trial Deputy
                                                BRADLEY A. RUSSI
                                                Deputy City Attorney

                                                By: */s/ Bradley A. Russi*
                                                BRADLEY A. RUSSI

                                                Attorneys for Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO

## **ORDER**

Pursuant to the above stipulation, the Case Management Conference, currently set for September 9, 2014, is continued to October 14, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____.
Hon. Kandis A. Westmore
United States Magistrate Judge

Stip. re. CMC
CASE NO. C-13-05185-KAW

3

c:\users\imbria~1\appdata\local\temp\notesf8c1a4\smith v. ccsf - proposed order re. stip continuing cmc.doc